# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 142 MM 2016
EX REL. CRAIG W. STEDMAN,        :
DISTRICT ATTORNEY, LANCASTER    :
COUNTY,                           :
                                 :
           Petitioner        :
                                 :
                                 :
           v.                  :
                                 :
                                 :
JAYNE F. DUNCAN, MAGISTERIAL    :
DISTRICT JUDGE,               :
                                 :
           Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2017, the Petition for Writ of Mandamus is **DENIED**.